ACCEPTED
03-15-00430-CV
6600492
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/21/2015 12:47:34 PM
JEFFREY D. KYLE
CLERK

# NO. 03-15-00430-CV

## In The
## Third Court of Appeals

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/21/2015 12:47:34 PM
JEFFREY D. KYLE
Clerk

### AT AUSTIN, TEXAS

**Sanadco Inc., Mahmoud A. Isba, Broadway Grocery, Inc., Shariz, Inc., Ruby & Sons Store, Inc., and Rubina Noorani,**

**APPELLANTS**

### VS.

**The Office of the Comptroller of Public Accounts; Glenn Hegar, in his individual and official capacities as Comptroller of Public Accounts for the State of Texas; and Ken Paxton in his official capacity as Attorney General of the State of Texas,**

**APPELLEES**

_____

**Appeal From Cause No D-1-GN-13-004352**
**The 250th District Court Of Travis County, Texas**
**The Honorable Karin Crump, Presiding**
_____

### APPELLANT'S UNOPPOSED MOTION TO EXTEND TIME FOR FILING RECORD AND TO TRANSFER RECORD

**TO THE HON0RABLE THIRD COURT OF APPEALS:**

NOW COME SANADCO INC, MAHMOUD AHMED ISBA, BROADWAY GROCERY, INC., SHARIZ, INC., RUBY & SONS STORE, INC., AND RUBINA NOORANI, Appellants in the above-referenced cause, and file this Motion to Transfer the record filed in an accelerated appeal, and for cause would show the court:

1.  The Clerk has previously filed a record in this court in Accelerated

    Appeal No. 03-14-00771-CV consisting of the then-existing records

from Cause No. D-1-GN-13-004352 filed in the 200th District Court of Travis County, Texas. The court is requested to take judicial notice of the files in this cause.

2. The court entered judgment in No. 03-14-00771 on July 3, 2015 from which no motion for rehearing was filed, and the judgment became final on August 2, 2015.

3. Judgment was rendered in Cause No. D-1-GN-13-004352 on April 27, 2015, denying Appellants' Application for Temporary Restraining Order and Temporary Injunction for lack of jurisdiction and stayed all further proceedings pending judgment in No. 03-14-00771. (Exhibit A)

4. Appellants extended the time for filing appeal by timely filing a Motion for New Trial on May 18, 2015. (Exhibit B). No hearing was held, and said motion became final by operation of law on July 12, 2015, and the court's plenary jurisdiction expired on August 11, 2015.

5. It now appears that the judgment appealed from was not a final judgment because it was a denial of temporary orders, and not on the merits of the case, thus the appeal may not be pursued until a hearing on the merits is conducted.

6. No date has been set for a hearing on the merits, and it is anticipated that the parties may require time to prepare motions

for summary judgment prior to setting the merits hearing.

7.   Without an extension of time to file the record, it will become due on August 27, 2015.

**PRAYER**

**ALL PREMISES CONSIDERED**, Appellants respectfully move the court to abate these proceedings and extend the time for filing the record pending a final judgment on the merits in Cause No. D-1-GN-13-004352, and to grant Appellants motion to transfer the clerk's record on file in No. 03-14-00771 pending this appeal.

Respectfully submitted,

By: /s/ Samuel T Jackson
*Law Office of*
*Samuel T. Jackson*
Texas Bar No. 10495700

2315 Vernell Way
Round Rock, TX 78664-4617
Mob. (512) 924-5794
Tel. (512) 692-6260
Fax. (866) 722-9685
FOR APPELLANTS
Email: jacksonlaw@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify by my signature above that a true and correct copy of the above and foregoing instrument was served on the parties or their attorneys **via facsimile**, certified mail, return receipt requested, and/or hand delivery on August 21, 2015, in accordance with the Texas Rules of Appellate Procedure, to the following:

**JACK HOHENGARTEN**
Assistant Attorney
General State Bar No.
09812200 Office of the
Attorney General
Financial Litigation, Tax, and Charitable Trusts Division
P.O. Box 12548
Austin, Texas 78711-2548
Tel: (512) 475-3503
Fax: (512) 477-2348
jack.hohengarten@texasattorneygeneral.gov
**Attorney for Appellees**

## CERTIFICATE OF CONFERENCE

I hereby certify by my signature above that I have conferred with opposing counsel of record regarding this motion by electronic mail dated August 18, at 2:04 p.m., and have been advised that he does not oppose this motion.